923 F.2d 1378w
 59 USLW 2449, 1991-1 Trade Cases 69,297,
RICO Bus.Disp.Guide 7662
 LANCASTER COMMUNITY HOSPITAL, Plaintiff-Appellant,
v.
ANTELOPE VALLEY HOSPITAL DISTRICT, Defendant-Appellee.
LANCASTER COMMUNITY HOSPITAL, Plaintiff-counter-defendant-Appellant,
v.
ANTELOPE VALLEY MEDICAL GROUP, INC., Defendant-Appellee,
and
Antelope Valley Hospital District,
Defendant-counter-claim-3rd party-plaintiff-Appellee.
 Nos. 89-55167, 89-55347.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted May 9, 1990.
Decided Jan. 18, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION